UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| WILLIAM EUGENE FIELDS,<br><br>Plaintiff,<br><br>v.<br><br>PIERCE COUNTY et al.,<br><br>Defendant. | CASE NO. 3:22-cv-05527-JHC-TLF<br><br>ORDER |

The Court has reviewed the Report and Recommendation of the Hon. Theresa L. Fricke, United States Magistrate Judge, and the remaining record. No objections to the Report and Recommendation have been filed. The Court hereby finds and orders:

1. The Court adopts the Report and Recommendation;

2. Plaintiff's action is DISMISSED without prejudice;

3. The Clerk is directed to send copies of this Order to Plaintiff.

Dated this 14th day of July, 2023.

John H. Chun
United States District Judge

ORDER - 1